JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICA TY,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTI NOEM,<br><br>    Defendant. | Case No. 8:24-cv-00760-JFW-DFMx<br><br>**JUDGMENT**<br><br>Honorable John F. Walter<br>United States District Judge |

In accordance with the Court's Order Granting Defendant's Summary Judgment Motion (Dkt. no. 58) and Statement of Decision Granting Defendant's Motion for Summary Judgment (Dkt. no. 59), the Court has resolved all of the claims pending in this action.

1. IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment shall be entered in favor of Defendant Kristi Noem on all claims asserted by Plaintiff Rica Ty.

2. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff shall take nothing and Defendant Kristi Noem shall have her costs of suit.

**IT IS SO ORDERED.**

Dated: April 23, 2025

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE